UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARREN MARCO BILLINGSLEY,

        Petitioner,               Case No. 1:07-cv-684

v.

                                  Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.
_____/

## ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

        This is a habeas corpus action brought by a state prisoner pursuant to 28 U.S.C. § 2254.  Petitioner has requested leave of court to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) and has filed an affidavit of indigence.  The filing fee for a habeas corpus action is $5.00.  28 U.S.C. § 1914(a).  The Court should only grant leave to proceed *in forma pauperis* when it reasonably appears that paying the cost of this filing fee would impose an undue financial hardship.  *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).  It is not unreasonable to require a prisoner to devote a small portion of his discretionary funds to defray a fraction of the costs of his litigation.  *See Lumbert v. Ill. Dep't of Corr.*, 827 F.2d 257, 267 (7th Cir. 1987).

        Petitioner has filed a trust account statement, which shows that at the time of filing his petition, Petitioner had a spendable balance of $11.16.  Petitioner's financial documents indicate that he has sufficient resources to pay the $5.00 filing fee.  Therefore, Petitioner is not entitled to proceed *in forma pauperis* in this action.  Petitioner has thirty days from the date of entry of this

order to pay the $5.00 filing fee. If Petitioner fails to pay the filing fee within the thirty-day period, his case will be dismissed without prejudice. Accordingly:

IT IS ORDERED that Petitioner's application for leave to proceed *in forma pauperis* (docket # 2) is DENIED.

IT IS FURTHER ORDERED that within thirty days hereof, Petitioner shall pay the $5.00 filing fee to the Clerk of this Court. Petitioner's failure to comply with this order will result in dismissal of this case without prejudice

/s/ Paul L. Maloney

Dated:   September 4, 2007

Paul L. Maloney
United States District Judge


**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:
Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**